L. Quintana, Esq. (SBN 157291)
Gerald E. Sarte (SBN 177639)
Quintana McConnin & Sarte LLP
450 B Street Suite 1430
San Diego, CA 92101
Telephone: 619.231.6655
Facsimile: 619.243.0080

Attorneys for Plaintiff
Rolando L. Meeks

FILED
2008 JUN 23 PM 3: 03
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rolando L. Meeks,<br>              Plaintiff,<br>v.<br>America's Wholesale Lender; Casa Financial Services; Countrywide Home Loans; and all other claimants of whatsoever kind and character against real property commonly known as 1472 Edgehill Drive, Chula Vista, CA; and DOES 1 through 100 inclusive,<br>              Defendants. | Case No.: '08 CV 1113 JAH BLM<br><br>**NOTICE OF LIS PENDENS** |

Notice is hereby given that the above-entitled action was filed in the above-identified court on 6/23/2008 by the Rolando L. Meeks against America's Wholesale Lender, Casa Financial Services, Countrywide Home Loans and other as yet unnamed defendants. The action affects the title to 1472 Edgehill Drive, Chula Vista, CA located in San Diego County, California.

The real property affected by the action is described as set forth in Exhibit A attached hereto.

Dated: 6/23/2008

Quintana McConnin & Sarte LLP

By L. Quintana, Esq.
Attorney for Plaintiff
Rolando L. Meeks

QMS Law
450 B St. #1430
San Diego, CA 92101

Copyright 2008 QMS Law, All Rights Reserved

# EXHIBIT A

## (Property Description)

Lot 93 of Chula Vista Tract No. 02-03, McMillin Otay Ranch Village 6, R-1, in the City of Chula Vista, County of San Diego, State of California, according to Map thereof No. 14492, filed in the Office of the County Recorder of San Diego County, November 19, 2002

Assessor's Parcel No.: 643-541-47

QMS Law
450 B St. #1430
San Diego, CA 92101

[\\P4w2k\rex\rQMSLaw\Practice Areas\Consumer mortgage practice\Research Complaint Federal Respatila\Lis Pendens Fed.doc]     -2-

NOTICE OF LIS PENDENS