Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Rolando L. Meeks

vs

America's Wholesale Lender; Casa Financial Services; Countrywide Home Loans; and all other claimants of whatsoever kind and character against real property commonly known as 1472 Edgehill Drive, Chula Vista, CA; and DOES 1 through 100 inclusive

FILED
2008 JUN 23  PM 3: 04

SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KMH DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 1113 JAH BLM**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

L. Quintana, Esq.
Quintana McConnin & Sarte LLP
450 B Street Suite 1430
San Diego, CA 92101

Telephone: 619.231.6655
Facsimile: 619.243.0080

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 23 2008
DATE

By  K. HAMMERLY [SEAL]  , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)