1  Stuart W. Price (SBN: 125918)
   Eric D. Olson (SBN: 198373)
2  **BRYAN CAVE LLP**
   3161 Michelson Drive, Suite 1500
3  Irvine, California 92612-4414
   Telephone: (949) 223-7000
4  Facsimile:  (949) 223-7100
5
6  Attorneys for Defendant
   COUNTRYWIDE HOME LOANS, INC.
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| ROLANDO L. MEEKS, | Case No. 08 CV 1113 JAH BLM |
|---|---|
| Plaintiff, | **JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT COUNTRYWIDE HOME LOANS, INC. TO RESPOND TO COMPLAINT** |
| vs. | |
| AMERICA'S WHOLESALE LENDER; CASA FINANCIAL SERVICES; COUNTRYWIDE HOME LOANS; and all other claimants of whatsoever kind and character against real property commonly known as 1472 Edgehill Drive, Chula Vista, CA; and DOES 1 through 100, inclusive, | **[NO HEARING REQUIRED]** |
| | HON. JOHN A. HOUSTON COURTROOM 11 EDWARD J. SCHWARTZ U.S. COURTHOUSE |
| Defendants. | |

IR01DOCS377331.1

Plaintiff Rolando L. Meeks ("Meeks") and Defendant Countrywide Home Loans, Inc. ("Countrywide") hereby jointly move the Court, pursuant to Rules 12.1 and 7.2 of the United States District Court, Southern District of California, for an order extending the time for Countrywide to respond to the Complaint filed by Meeks in the above-captioned matter. Countrywide's current deadline for responding to the Complaint is September 8, 2008, and the parties respectfully request that such date be extended for 30 days to October 8, 2008. This Joint Motion is based on the following facts that demonstrate GOOD CAUSE for the requested extension:

1.  Plaintiff Meeks filed the subject Complaint on June 23, 2008.

2.  A Notice of Lawsuit and Request for Waiver of Service of Summons was sent by Meeks's counsel of record to Countrywide on July 9, 2008.

3.  Countrywide signed and returned the Waiver of Service of Summons on August 6, 2008.

4.  Countrywide's current deadline for responding to the Complaint, based on the date of the Notice of Lawsuit and Request for Waiver of Service of Summons, is September 8, 2008.

5.  Countrywide and Meeks are and will be engaging in early settlement discussions, including, but not limited to, the possibility of a modification to the terms of the loan at issue in this lawsuit.

6.  In the event early settlement negotiations prove unsuccessful, Countrywide and Meeks are and will be engaging in meet and confer efforts over the allegations of the Complaint in the hope of avoiding a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).

For these reasons, Meeks and Countrywide have a good faith belief that a 30 day extension of the time for Countrywide to respond to Plaintiff's Complaint will facilitate the parties' early settlement discussions and discussions over the

1 | allegations of the Complaint, and they therefore jointly request that the Court
2 | approve the requested 30 day extension.

4 | Dated: September 3, 2008

Lincoln Quintana
Gerald E. Sarte
**QUINTANA McCONNIN & SARTE**

By: _____
Lincoln Quintana
Attorneys for Plaintiff
ROLANDO L. MEEKS

12 | Dated: September 3, 2008

Stuart W. Price, Esq.
Eric D. Olson, Esq.
**BRYAN CAVE LLP**

By: _____
Eric D. Olson
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

*Bryan Cave LLP*
*3161 Michelson Drive, Suite 1500*
*Irvine, California 92612-4414*

IR01DOCS377331.1

2

JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612. My email address is: gloria.gomez@bryancave.com.

On September 4, 2008, I served the foregoing document described as: **JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT COUNTRYWIDE HOME LOANS, INC. TO RESPOND TO COMPLAINT** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FACSIMILE - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ ] BY PERSONAL DELIVERY - I caused such envelope to be hand delivered to the offices of the addressee.

[ ] BY EMAIL – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

[ ] STATE - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2008, at Irvine, California.

_____
GLORIA L. GOMEZ

377408.1

PROOF OF SERVICE

| | |
|---|---|
| USDC SOUTHERN DISTRICT<br>Case No.:  08 CV 1113 JAH BLM | |
| Lincoln Quintana, Esq.<br>Gerald E. Sarte<br>Quintana McConnin & Sarte LLP<br>450 B Street, Suite 1430<br>San Diego, CA  92101 | *Attorneys for Plaintiff Rolando L. Meeks*<br><br>Phone:    619.231.6655<br>Fax:        619.243.0080 |

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612

377408.1

2

PROOF OF SERVICE