1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

11

ROLANDO L. MEEKS,

Case No. 08 CV 1113 JAH BLM

12

Plaintiff,

**ORDER GRANTING JOINT
MOTION TO EXTEND THE TIME
FOR DEFENDANT
COUNTRYWIDE HOME LOANS,
INC. TO RESPOND TO
COMPLAINT**

13

vs.

14

AMERICA'S WHOLESALE LENDER;
CASA FINANCIAL SERVICES;
COUNTRYWIDE HOME LOANS; and
all other claimants of whatsoever kind
and character against real property
commonly known as 1472 Edgehill
Drive, Chula Vista, CA; and DOES 1
through 100, inclusive,

15

16

17

18

19

Defendants.

20

21

    The Joint Motion of Plaintiff Rolando L. Meeks and Defendant Countrywide

22

Home Loans, Inc. ("Countrywide") for an order extending the time for Countrywide

23

to respond to Plaintiff's Complaint in the above-captioned matter is hereby

24

GRANTED.

25

    GOOD CAUSE APPEARING IN THE JOINT MOTION, IT IS

26

THEREFORE ORDERED THAT:

27

    Countrywide's deadline for responding to the Complaint shall be, and hereby

28

1   is, extended by 30 days from September 8, 2008, to October 8, 2008.

2

3   Dated:  ___September 5, 2008_____   _____

4                                           Hon. John A. Houston
                                            United States District Court
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1